UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BELL,<br><br>        Plaintiff,<br><br>    v.<br><br>CHI NGUYEN, et al.,<br><br>        Defendants. | Case No. 13-cv-01987-WHO (PR)<br><br>**ORDER EXTENDING TIME** |

Plaintiff's motion for an extension of time to file an opposition to defendants' motion for summary judgment (Docket No. 25) is GRANTED. The opposition shall be filed on or before January 30, 2014.

**IT IS SO ORDERED.**

**Dated:** December 17, 2013

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIE BELL,

        Plaintiff,

  v.

DR. CHI ET AL et al,

        Defendant.
                                      /

Case Number: CV13-01987 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Willie Bell H-90929
California Institution for Men
P.O. Box 600 West Bldg. N 752 U
Chino, CA 91708-0600

Dated: December 17, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk